UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE EMPLOYEES LOCAL 272 LABOR MANAGEMENT PENSION FUND,<br><br>                      Plaintiff,<br><br>            v.<br><br>APPLE INC., TIM COOK, ART LEVINSON, JAMES BELL, AL GORE, ALEX GORSKY, ANDREA JUNG, MONICA LOZANO, RON SUGAR, SUE WAGNER, LUCA MAESTRI, KATE ADAMS, DEIRDRE O'BRIEN, and JEFF WILLIAMS,<br><br>                      Defendants. | Case No. 1:23-cv-01867-JLR |

### IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby:

**ORDERED** that the following attorneys are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

*International Brotherhood of Teamsters, Garage Employees Local 272 Labor Management Pension Fund v. Apple Inc., et al.*, **Case No. 1:23-cv-01867-JLR**

**ORDERED** that for the Device(s) checked below SDNY Courtroom Wi-Fi access shall be provided on February 6, 2024:

| Attorney | E-Mail Address | Device(s) | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| Jason C. Hegt | jason.hegt@lw.com | Two mobile phones; one laptop computer | 20B | X |
| Melanie M. Blunschi | melanie.blunschi@lw.com | One mobile phone; one laptop computer | 20B | X |
| Michele D. Johnson | michele.johnson@w.com | One mobile phone; one laptop computer | 20B | X |
| Gabriel Zeldin | gzeldin@apple.com | One mobile phone | 20B | X |

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: __February 2, 2024__, 2024

_____
United States District Judge
Jennifer L. Rochon

2