# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE EMPLOYEES LOCAL 272 LABOR MANAGEMENT PENSION FUND,

                Plaintiff,

-against-                                          23 **CIVIL** 1867 (JLR)

## JUDGMENT

APPLE INC. et al.,

                Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 7, 2024, Defendants' motion to dismiss with prejudice is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

        February 8, 2024

                                                                       **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                                          **BY:**  _____
                                                                        **Deputy Clerk**